# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Raymond Jamal Tahir )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE 950 Pennsylvania )<br>Avenue, N.W. Washington, D.C. )<br>20530 )<br>)<br>FEDERAL BUREAU OF )<br>INVESTIGATION 935 )<br>Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20535 )<br>)<br>EXECUTIVE OFFICE FOR )<br>UNITED STATES ATTORNEYS )<br>950 Pennsylvania Avenue, N.W.,<br>Room 2242 Washington, D.C.<br>20530-0001 | Civil Action No. |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA" or the "Act"), for declaratory, injunctive, and other appropriate relief brought by Plaintiff against the United States Department of Justice ("DOJ"), Federal Bureau of Investigation ("FBI"), and the Executive Office for United States Attorneys ("EOUSA") (collectively, "Defendants").

2. By this action, Plaintiff seeks to compel Defendants to comply with their obligations under FOIA to release records he requested that are related only to his own personnel file. Plaintiff is statutorily entitled to disclosure of the requested records, which Defendants have withheld in violation of the Act.

## JURISDICTION AND VENUE

3. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

## PARTIES

4. Plaintiff Raymond Jamal Tahir ("Plaintiff") is a U.S. Citizen and a former employee of the FBI. Plaintiff is located at 1003 Amelia Station Way, Clayton, NC, 27520.

5. Defendant United States Department of Justice is an agency of the federal government within the meaning of 5 U.S.C. § 551 and 5 U.S.C. § 552(f) that has possession, custody, and/or control of the records that Plaintiff seeks. The DOJ's headquarters is located at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

6. Defendant Federal Bureau of Investigation ("FBI"), headquartered at 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535, is a component of DOJ and an agency of the federal government within the meaning of 5 U.S.C. § 551 and 5 U.S.C. § 552(f) that has possession, custody, and/or control of records that Plaintiff seeks.

7. Defendant Executive Office for United States Attorneys ("EOUSA"), headquartered at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, is a component of DOJ and an agency of the federal government within the meaning of 5 U.S.C. § 551 and 5 U.S.C. § 552(f) that has possession, custody, and/or control of records that Plaintiff seeks.

## PLAINTIFF'S FOIA REQUEST

8. By letter to the FBI dated April 13, 2018, Plaintiff submitted a Freedom of Information and Privacy Act ("FOIPA") request for "any and all Annual Performance Appraisals I received while employed by the FBI."

## DEFENDANT FBI'S FAILURE TO TIMELY COMPLY WITH PLAINTIFF'S REQUEST

9. By mail, on April 19, 2018, defendant FBI informed Plaintiff the request was received at FBI Headquarters.

10. By telephone, on May 18, 2018, defendant FBI informed Plaintiff his FOIPA request was in the large track due to large number of files related to Plaintiff. Plaintiff agreed to exclude his medical files to move his request to a medium track.

11. By mail, on May 24, 2018, defendant FBI confirmed the conversation in paragraph 10.

12. By mail, on July 17, 2018, defendant FBI informed Plaintiff a written request was required to amend a FOIPA request.

13. By mail, on July 26, 2018, per defendant FBI's request to amend the original FOIPA, Plaintiff submitted a request to amend his original FOIPA request. Plaintiff also requested expedited processing.

14. By mail, on August 20, 2018, defendant FBI denied Plaintiff's request for expedited processing.

15. By email, on October 2, 2019, defendant FBI informed Plaintiff that the estimated date of completion for this request was January 2020.

16. By email, on March 2, 2020, defendant FBI informed Plaintiff that the estimated date of completion for this request was July 2020.

17. By email, on January 19, 2021, defendant FBI informed Plaintiff that the estimated date of completion for this request was June 2021.

18. To date, the FBI has not provided the records requested by Plaintiff in his FOIPA request,

notwithstanding the FOIA's requirement of an agency response within twenty (20) working days.

19. Plaintiff has exhausted the applicable administrative remedies with respect to its FOIA request to the FBI.

20. The FBI has wrongfully withheld the requested records from Plaintiff.

## REQUESTED RELIEF

WHEREFORE, Plaintiff prays that this Court:

A.   Order defendant to disclose the requested records in their entireties and make copies available to Plaintiff;

B.   Provide for expeditious proceedings in this action;

C.   Award plaintiff its costs and reasonable attorneys fees incurred in this action; and

D.   Grant such other relief as the Court may deem just and proper.

Respectfully submitted,

**Elbially Law Office PLLC**

By:   /s/ Marwa Elbially, Esq.
TX Bar No. 24090089
704 East 15th Street, Suite 204
Plano, TX 75074
info@elbiallylaw.com
(469) 629-6303